ROGER L. GRANDGENETT II, ESQ., Bar # 6323
ETHAN D. THOMAS, ESQ., Bar # 12874
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:        702.862.8811
Email: rgrandgenett@littler.com
Email: edthomas@littler.com

Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEANNA CISNEROS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WAL-MART ASSOCIATES, INC. and DOE Defendants I-X,<br><br>　　　　　Defendant. | Case No. 3:17-cv-00661-MMD-WGC<br><br>EMERGENCY STIPULATION AND [~~PROPOSED~~] ORDER FOR DEFENDANT'S COMPANY REPRESENTATIVE TO PARTICIPATE AT EARLY NEUTRAL EVALUATION TELEPHONICALLY<br><br>[FIRST REQUEST] |

　　　　Plaintiff DEANNA CISNEROS and Defendant WAL-MART ASSOCIATES, INC., by and through their undersigned counsel, hereby stipulate and request that the Court allow Defendant's company representative to participate telephonically on an as needed basis throughout the Early Neutral Evaluation ("ENE") Session presently scheduled for March 12, 2018, at 1:30 p.m. before the Honorable Magistrate Judge Valerie P. Cooke.

　　　　This emergency request is necessary because Defendant's company representative, George Lopes (Human Resources Manager), who was scheduled to attend the ENE on Walmart's behalf, has experienced a medical emergency in his family which required him to travel to Sacramento, California late Thursday, March 8, 2018. Due to the close family member's medical emergency, which may require surgery this weekend, Defendant's company representative (who has important

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

factual knowledge regarding this case) will likely be unable to attend the ENE as in person. Defendant originally requested that Plaintiff stipulate to reschedule the ENE in light of the issue but Plaintiff has upcoming plans to relocate from Reno and indicates she would incur a hardship were the ENE rescheduled. Accordingly, in the spirit of compromise the parties stipulated that Defendant's company representative can participate ~~on an as needed basis~~ as the Court directs UPC telephonically throughout the conference if he remains unable to appear in person.

This request is made in good faith and not for the purpose of delay.

Dated: March 9, 2018

Respectfully submitted,

/s/ Mark Mausert
MARK MAUSERT, ESQ.

Attorney for Plaintiff
DEANNA CISNEROS

Dated: March 9, 2018

Respectfully submitted,

/s/ Ethan D. Thomas
ROGER L. GRANDGENETT II, ESQ.
ETHAN D. THOMAS, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

**ORDER**

**IT IS SO ORDERED.**

Dated: March 9, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Firmwide:153329598.1 080000.1276

2.