ROGER L. GRANDGENETT II, ESQ., Bar # 6323
ETHAN D. THOMAS, ESQ., Bar # 12874
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
Email: rgrandgenett@littler.com
Email: edthomas@littler.com

Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEANNA CISNEROS, | Case No. 3:17-cv-00661-MMD-WGC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| WAL-MART ASSOCIATES, INC. and DOE Defendants I-X, | |
| Defendant. | |

Plaintiff, DEANNA CISNEROS and Defendant, WAL-MART ASSOCIATES, INC., by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

1  Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and

2  Order.

3  Dated: April 30, 2018                          Dated: April 30, 2018

4  Respectfully submitted,                        Respectfully submitted,

5

6  /s/ Mark Mausert                               /s/ Ethan D. Thomas
7  MARK MAUSERT, ESQ.                             ROGER L. GRANDGENETT II, ESQ.
                                                  ETHAN D. THOMAS, ESQ.
                                                  LITTLER MENDELSON, P.C.
8  Attorneys for Plaintiff
   DEANNA CISNEROS                                Attorneys for Defendant
9                                                 WAL-MART ASSOCIATES, INC.

10

11                                                **ORDER**

12                                                    **IT IS SO ORDERED.**

13                                                    Dated: _April 30,_____, 2018.

14

15

16
                                                  _____
                                                  UNITED STATES DISTRICT COURT JUDGE
17
   Firmwide:154325941.1 080000.1276

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800